THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Henry Lee
 Ladson, Jr. Appellant.
 
 
 

Appeal From Richland County
James R. Barber, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-684
Submitted December 1, 2008  Filed
 December 10, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Henry Ladson, Jr. appeals his pleas of guilty to second-degree burglary, grand
 larceny, and petit larceny.  On
 appeal, Ladson argues that his guilty pleas failed to comply with Boykin v.
 Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Ladsons
 appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
ANDERSON,
 HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.